UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

        Plaintiff,

-vs-                                        Case No. 3:19-cv-325-J-34PDB

SCHUYLER T. SCHMUCKER,

        Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on the Report & Recommendation (Dkt. No. 7; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on April 8, 2019. In the Report, Judge Barksdale recommends that this case be dismissed without prejudice for lack of subject matter jurisdiction. See Report at 3. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report & Recommendation (Dkt. No. 7) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice**.

3. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of April, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party